FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2014
2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR08-1234JFW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>_Carlos Garcia_<br>　　　　Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//
//

|   |   |   |
|---|---|---|
|   |   | The court concludes: |
| A. | (X) | Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: |

per P.S.A. report

| (B) | ( ) | Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: |
|---|---|---|

IT IS ORDERED that defendant be detained.

DATED: 6-10-14

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2